UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANINE HOUCK, | CASE NO. C16-1233-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE ENSIGN GROUP, INC., a Delaware Corporation; URGENT CARE EMPLOYER SOLUTIONS, INC., a Nevada Corporation; DRX WA URGENT CARE PROVIDERS, PLLC d/b/a Doctors Express, a Washington Corporation, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

DATED this 25th day of October 2017

           William M. McCool
           Clerk of Court

           s/Tomas Hernandez
           Deputy Clerk